IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| vs. ) | No. 20-03059-01-CR-S-BCW |
| AUSTIN A. BALL, ) | |
|        Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND
ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two of the Superseding Information filed on April 30, 2024, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                */s/ Brian C. Wimes*
                                                         **BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE**

Date: May 15, 2024